TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Joel Jeronimo Martin,<br><br>                    Petitioner<br><br>v.<br><br>John Mattos, *et.al.*,<br><br>                    Respondents | Case No. 2:26-cv-00388-CDS-NJK<br><br>**Order Approving** Joint Stipulation for Extension of Time for Federal Respondents to File a Response to Petitioner's Motion to Reconsider Order Denying Petitioner (ECF No. 15) (First Request)<br><br>[ECF No. 16] |

Petitioner Joel Jeronimo Martin ("Petitioner") and Federal Respondents Kerri Ann Quihuis, Michael Bernacke, Todd Lyons, Markwayne Mullin and Todd Blanche ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to Petitioner's Motion to Reconsider Order Denying Petitioner (ECF No. 15), extending the deadline from April 27, 2026, to April 30, 2026. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's Motion to Reconsider Order Denying Petitioner from April 27, 2026, to April 30, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 27th day of April 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Ron Y. Sung
Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   April 28, 2026

2